# United States District Court
WESTERN DISTRICT OF WASHINGTON

KIMBERLY L. JACOBSON,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5251KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT ALJ's decision is reversed and the matter is remanded for further administrative proceedings.

February 17, 2011

WILLIAM M. McCOOL
Clerk

By Traci Whiteley, Deputy Clerk